

CLIFFORD J. VACEK
Presiding Judge

# 400TH DISTRICT COURT
## FORT BEND COUNTY, TEXAS

August 7, 2012

Patrick F. McCann
Attorney at Law
909 Texas Ave. #205
Houston, Texas 77002

Re:   Cause No. 10-DCR-55807A; The State of Texas vs. Terry Smith, In the
      400th Judicial District Court of Fort Bend County, Texas

Dear Mr. McCann,

Please be advised that the Motion for New Trial is scheduled for an oral hearing on Monday August 22, 2012 at 8:30 a.m. in the 400th Judicial District Court of Fort Bend County, Texas. If you have any questions, please call me at (281) 341-4422.

Sincerely,

Gabriela R. Mindieta
Court Coordinator

cc:   Fort Bend County District Attorney's Office

I, Annie Rebecca Elliott, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas. This ___ day of ___ 20 13

ANNIE REBECCA ELLIOTT, DISTRICT CLERK

By_____ Deputy

YOLANDA COLE

10-DCR-055807A
LETT
Letters
1979119

# 400TH DISTRICT COURT

## BENCH WARRANT INFORMATION

CAUSE NUMBER:     10-DCR-055807A

STATE OF TX  VS.     THE STATE OF TX
VS.
TERRY SMITH

OFFENSE:     FORGERY

LOCATION OF DEF.:     PLANE STATE JAIL
(SANTA MARIE XS)
904 FM 686
DAYTON, TX  77535
936-258-2476 (101)

    TDC# 1796886
    SID#   08724851

DATE WANTED:     INSTANTER

DATE OF REQUEST:     09/04/2012

I, Annie Rebecca Elliott, District Clerk of Fort Bend County, Texas, do hereby certify that the foregoing is a true, correct and full copy of the instrument herein set out as appears of record in the District Court of Fort Bend County, Texas. This 28th day of May 20 13

ANNIE REBECCA ELLIOTT, DISTRICT CLERK

By _____ Deputy

YOLANDA COLE



FILED

SEP - 4 2012

AT 9:39 A.M.

Clerk District Court, Fort Bend Co., TX